**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Gilbert Blevins, Jr., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Continental Resources, Inc.,<br><br>Defendant. | Case No. 22-CV-160-RAW-DES |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND
THE COMPLAINT TO ADD ADDITIONAL PLAINTIFF**

Plaintiff Gilbert Blevins, Jr. ("Plaintiff") moves the Court for leave to amend the complaint to remove a now-dismissed plaintiff (Robert F. Blevins) and to add an additional plaintiff (Krista Kim Hunter Glenn). Continental does not oppose this Motion.

In support of this Motion, and under LCvR 7.1(k), Plaintiff shows the Court following:

1. Under the current Scheduling Order, the deadline for motions for leave to amend or add additional parties is August 27, 2024. Doc. 58.

2. Continental does not object to Plaintiff's proposed amendment.

3. The Parties jointly stipulated to the dismissal without prejudice of Plaintiff Robert F. Blevins's claims. *See* Doc. 59.

4. Plaintiff's proposed amendment to the Complaint simply removes Robert F. Blevins as a plaintiff and adds Krista Kim Hunter Glenn as an additional plaintiff (and includes factual allegations related to her claim).

5. Plaintiff has attached a copy of the signed, proposed amended pleading.

6. Plaintiff will submit a proposed order setting forth the proposed amendment.

Respectfully Submitted,

*/s/ Ryan K. Wilson*
Reagan E. Bradford, OBA #22072
Ryan K. Wilson, OBA #33306
BRADFORD & WILSON PLLC
431 W. Main Street, Suite D
Oklahoma City, OK 73102
(405) 698-2770
(405) 234-5506 fax
reagan@bradwil.com
ryan@bradwil.com

–and–

Charles V. Knutter, OBA #32035
CHUCK KNUTTER, PLLC
300 N.E. 1st Street
Oklahoma City, OK 73104
(405) 236-0478
(405) 236-1840 (fax)
chuck.knutter@outlook.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record *via* the Court's electronic filing system.

*/s/ Ryan K. Wilson*
Ryan K. Wilson